UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

Roberto Serna

Chapter 7
Case No. 08-62316
Honorable Thomas J. Tucker

Debtor(s)
_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO AMERICAN HOME MORTGAGE**

Movant, American Home Mortgage, by and through its attorneys, Orlans Associates, P.C., having filed a Motion for Relief from the Automatic Stay with respect to the property located at 33129 Alberta St., Westland, MI 48186, American Home Mortgage, and the Court being in receipt of the Motion and the Court being fully advised in the premises:

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. §362(a) is terminated effective upon entry of this Order as to the interest of the Movant, American Home Mortgage in said real estate.

2) The Movant, American Home Mortgage and its successors an assigns are free to pursue its state court remedies with respect to its interest in the subject property.

3) The provisions of the Fed. R. Bankr.P. 4001(a)(3) are waived and the Order shall be in full force and effect upon entry.

4) All communications including, but not limited to, notices required by state law, sent by Creditor in connection with proceeding against the property may be sent directly to the Debtor.

5) This order shall be binding and effective despite any conversions of this Bankruptcy case to a case under any other chapter of Title 11 of the U.S. Bankruptcy Code.

**END OF ORDER**

.

**Signed on October 17, 2008**

_____/s/ Thomas J. Tucker_____
**Thomas J. Tucker**

**United States Bankruptcy Judge**