# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE: Roberto Serna,  Case No. 08-62316
       Debtor.  Chapter 7
  Hon. Thomas J. Tucker

_____/

## ORDER LIFTING AUTOMATIC STAY

**WHEREAS** Creditor, Argent Mortgage Company, LLC's successors and assigns, having filed a Motion for Relief from the Automatic Stay and Notice and Opportunity for Hearing having been submitted and no objections having been filed hereto;

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is lifted as to the property located at 32152-54 Genesee, Westland, MI 48186.

**IT IS FURTHER ORDERED** that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on October 21, 2008**

      _____/s/ Thomas J. Tucker_____
      **Thomas J. Tucker**
      **United States Bankruptcy Judge**