UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Chapter 7 No. 08-62316
Roberto Serna
            Debtor.	Hon. Thomas J. Tucker
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

JP Morgan Chase Bank National Association, by and through its attorneys, Trott & Trott, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 142 Oasis Ln, Mooresville, NC 28117-8924; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 142 Oasis Ln, Mooresville, NC 28117-8924 to allow Creditor to commence or continue its federal and/or state law rights to the property. This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on November 19, 2008**

                                        **_/s/ Thomas J. Tucker_**
                                    **Thomas J. Tucker**
                                    **United States Bankruptcy Judge**