THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                CASE NO. 08-62316-TJT

SERNA, ROBERTO                           CHAPTER 7

                                                         THOMAS J. TUCKER

                Debtor(s)            /

## **TRUSTEE'S REPORT OF NO DISTRIBUTION**

      I, Wendy Turner Lewis, having been appointed Trustee of the estate of the above-named Debtor(s), reports that I have neither received any property nor paid any money on account of this estate; that I have made diligent inquiry into the whereabouts of property belonging to the estate; and that there is no property belonging to the estate; that there is no property available for distribution from the estate over and above the exemptions claimed by the exempted law.

      The Trustee herein certifies that the 341 Meeting of Creditors in this matter was held and concluded on October 29, 2008.

      Pursuant to FRBP 5009, I hereby certify that the estate of the above-named Debtor(s) has been fully administered.

      I request that this report be approved and that I be discharged from any further duties as Trustee.

      I hereby certify that on this date, the original and one (1) copy of this report was mailed to the United States Trustee for review.

DATE: January 5, 2009                            /s/ Wendy Turner Lewis
                                                                    Wendy Turner Lewis (P39505)
                                                                    Chapter 7 Trustee
                                                                    456 East Milwaukee
                                                                    Detroit, MI 48202
                                                                    Phone: (313) 875-5555
                                                                    Email: trustee@lewistrustee.com